J-S41016-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| JUAN MIGUEL ACEVEDO, | |
| Appellee | No. 2984 EDA 2015 |

Appeal from the Order August 31, 2015
In the Court of Common Pleas of Monroe County
Criminal Division at No(s): CP-45-CR-0002532-2010

BEFORE: BENDER, P.J.E., DUBOW, J., and STEVENS, P.J.E.*

DISSENTING STATEMENT BY STEVENS, P.J.E.:**FILED SEPTEMBER 02, 2016**

In this appeal by the Commonwealth, the Majority concludes the trial

court properly granted Appellee Juan Miguel Acevedo's counseled "Petition

for Habeas Relief and/or Petition Seeking Enforcement of Plea Agreement."[1]

While the Majority offers a thoughtful, cogent analysis, I disagree that the

_____

[1] I note the lower court properly treated Appellee's "Petition for Habeas Relief and/or Petition Seeking Enforcement of Plea Agreement" as not falling within the scope of the Post Conviction Relief Act ("PCRA"), 42 Pa.C.S.A. §§ 9541-9546, and thus, as not being subject to the PCRA's time constraints. **Commonwealth v. Partee**, 86 A.3d 245 (Pa.Super. 2014) (holding petition to enforce *nolo contendere* plea agreement on charges for indecent assault and related offenses, in which petitioner challenged retroactive application of Adam Walsh Act that would subject him to 25-year registration requirement and sought enforcement of 10-year period of registration under agreement, was not equivalent of petition for post-conviction relief under Post-Conviction Hearing Act).

*Former Justice specially assigned to the Superior Court.

record sufficiently reflects the ten-year registration requirement was a specifically bargained for element of Appellee's plea. Thus, since registration is a collateral consequence of a guilty plea and its subsequent enhancement does not render a guilty plea involuntary, I would reverse the trial court. *See Commonwealth v. Leidig*, 598 Pa. 211, 956 A.2d 399 (2008). Accordingly, I respectfully dissent.